UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80389-AMC

HOWARD COHAN,

    Plaintiff,

vs.

MAGGIE MCFLY'S BOCA, LLC
a Florida Limited Liability Company
d/b/a MAGGIE MCFLYS

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MAGGIE MCFLY'S BOCA, LLC, a Florida Limited Liability Company, d/b/a MAGGIE MCFLYS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 7, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Justin C. Sorel** |
| Gregory S. Sconzo, Esq. | Justin C. Sorel, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No: 0016256 |
| Sconzo Law Office, P.A. | Cole, Scott & Kissane, P.A. |
| 3825 PGA Boulevard, Suite 207 | 222 Lakeview Avenue, Suite 120 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Email: justin.sorel@csklegal.com |
| Facsimile: (561) 491-9459 | Telephone: 561-383-9229 |
| Email: greg@sconzolawoffice.com | Fax: 561-683-8977 |
| Email: perri@sconzolawoffice.com | Attorney for Defendant |
| Attorney for Plaintiff | |

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**