UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80389-CIV-CANNON/McCabe

**HOWARD COHAN**,

    Plaintiff,

v.

**MAGGIE MCFLY'S BOCA, LLC**
d/b/a Maggie McFly's,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on June 12, 2024 [ECF No. 14]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective June 12, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 14]. It is hereby **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of June 2024.

                                                     **AILEEN M. CANNON**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record